Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 16–50347–mlo
Chapter: 13
Judge: Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))
    Ammiyhud Chizqiyahu Israel
    fka Julius Marcus Sparkman
    8650 15 Mile Road
    Sterling Heights, MI 48312

Social Security No.:
    xxx–xx–0798

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*66* – Motion for Relief from Stay Re: 2015 Chrysler Town & Country . Fee Amount $181, Filed by Creditor Santander Consumer USA Inc. (Attachments: # 1 Exhibit) (Schoenherr, Craig)

will be held on: 7/13/20 at 09:00 AM at Courtroom 1875, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 7/6/20

        BY THE COURT

        Katherine B. Gullo, Clerk of Court
        U.S. Bankruptcy Court